# EXHIBIT B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 20 03:20:50 EST 2014*

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help] [Prev List] [Curr List] [Next List]
[First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:　　　OR　[Jump] to record:　　　**Record 2 out of 10**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# AARDWOLF

| | |
|---|---|
| **Word Mark** | AARDWOLF |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: Lifting apparatus for use in the stone and construction industry, namely, power-operated clamping lifters; Power-operated crane attachments, namely, grapples and grabs for lifting slabs and stone, spreader bars for slings for use with cranes for spreading the lifting force on a load, and fork-lift booms for use in converting fork-lift trucks to cranes; Powered site saws for cutting stone, concrete and brick; Power mixers for cement, grouting, mortar, gypsum-based plaster and plasterer's mud; and Power-operated finishing machines in the nature of beltsanders, grinders and polishers<br><br>IC 012. US 019 021 023 031 035 044. G & S: Wheeled dollies, trolleys and handcarts for transporting construction materials; and Wheeled transport frames adapted to carry stacked slabs of material |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86012992 |
| **Filing Date** | July 17, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 3, 2013 |
| **Owner** | (APPLICANT) Nhon Hoa Nguyen INDIVIDUAL AUSTRALIA 2913 West 152nd Street Gardena CALIFORNIA 90249 |

| | |
|---|---|
| **Attorney of Record** | Robert J. Lauson |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 20 03:20:50 EST 2014*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:         OR  [Jump] to record:            **Record 1 out of 10**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | AARDWOLF |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: Lifting apparatus for use in the stone and construction industry, namely, power-operated clamping lifters; Power-operated crane attachments, namely, grapples and grabs for lifting slabs and stone, spreader bars for slings for use with cranes for spreading the lifting force on a load, and fork-lift booms for use in converting fork-lift trucks to cranes; Powered site saws for cutting stone, concrete and brick; Power mixers for cement, grouting, mortar, gypsum-based plaster and plasterer's mud; and Power-operated finishing machines in the nature of beltsanders, grinders and polishers<br><br>IC 012. US 019 021 023 031 035 044. G & S: Wheeled dollies, trolleys and handcarts for transporting construction materials; and Wheeled transport frames adapted to carry stacked slabs of material |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.09 - Coyotes; Hyenas; Jackals; Wolves<br>03.01.16 - Heads of cats, dogs, wolves, foxes, bears, lions, tigers<br>26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders |
| **Serial Number** | 86156865 |
| **Filing Date** | January 3, 2014 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 3, 2014 |

| | |
|---|---|
| **Owner** | (APPLICANT) Nhon Hoa Nguyen INDIVIDUAL AUSTRALIA 2913 West 152nd Street Gardena CALIFORNIA 90249 |
| **Attorney of Record** | Robert J. Lauson |
| **Description of Mark** | The color(s) black and red is/are claimed as a feature of the mark. The mark consists of the word "Aardwolf" in black stylized letters, with the letter "W" being replaced by a stylized wolf face in red, with the entire mark against a transparent background outlined by a red rectangle. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY