# EXHIBIT C

# ASSIGNMENT

Whereas I, Nhon Hoa ("Harry") Nguyen, an individual of Gardena, CA ("Assignor"), is the owner of certain U.S. trademarks, pending trademark applications and common law rights and associated goodwill, including pending U.S. Application Serial Nos. 86/156,865 and 86/012,99 (collectively, "the Trademarks").

Whereas Aardwolf LLC, a California limited liability company of Manhattan Beach, CA ("Assignee"), is desirous of acquiring the entire right, title and interest in the Trademarks and the associated goodwill, as a successor to the Assignor's business to which the marks pertain.

Now, therefore, for good and valuable consideration, the receipt and sufficiency of which is expressly acknowledged, Assignor does hereby sell, assign and transfer unto Assignee the full and exclusive rights to the Trademarks and the associated goodwill, the entire rights, title and interest in and to the same, for its sole use and behoof, and for the use and behoof of its legal representatives, to the full end of the term for which said rights may be granted, as fully and entirely as the same would have been held by me had this assignment and sale not been made.

Dated: November 10, 2014

_____
Nhon Hoa ("Harry") Nguyen