# EXHIBIT D



HARRIS | MOURE

October 10, 2014

Ms. Nancy Hersman, Esq.
Chase Hersman, LLP                          By First Class Mail &
1334 Park View Ave Ste. 230                 Email: nancy@sbblmb.com
Manhattan Beach, CA 90266-3751

Re: Pending U.S. Trademark Application No. 86012992 for AARDWOLF (word mark)
in the name Nhon Hoa Nguyen aka Nguyen Nhon Hoa ("Your Client")

Dear Ms. Hersman:

Our firm represents Aardwolf Industries Sole Member Limited Liability Company ("AISMLLC"), a limited liability established and duly existing under the laws of Vietnam. AISMLLC is the owner of all right, title and interest in the AARDWOLF & Design Mark ( AARDWOLF ) in Classes 7, 12 and 25 in the U.S. AISMLLC is also the owner of all right, title and interest in the AARDWOLF (word mark) for certain goods in Class 7 in the U.S.

It has come to AISMLLC's attention that Your Client has filed the above-referenced intent-to-use trademark application for the AARDWOLF (word mark) with the United States Patent and Trademark Office ("USPTO"). Without addressing whether this application was filed in bad faith, AISMLLC's U.S. trademark rights significantly predate Your Client's intent-to-use trademark applications for the subject mark.

Based on the foregoing, AISMLLC requests that Your Client immediately abandon its pending U.S. trademark application for the AARDWOLF (word mark) and refrain from using said mark or any similar marks in the U.S.

If Your Client pursues this application to registration, AISMLLC will promptly petition the USPTO to cancel it. AISMLLC will also file a complaint for trademark infringement and related causes of action against Your Client in U.S federal court for any use Your Client has made of the AARDWOLF (word mark) and any similar marks in the U.S.

My client reserves the right to take the foregoing action without further notice to you or Your Client.

We understand that Your Client has a business that is already selling its products in the U.S. market under its own trademarks. We respectfully suggest that Your Client continue doing so and refrain from using any of AISMLLC's trademarks.

600 Stewart Street
Suite 1200
Seattle, WA 98101
206-224-5657

firm@harrismoure.com
harrismoure.com

BEIJING | CHICAGO | QINGDAO | SEATTLE

*Nothing stated in or omitted from this letter shall be construed as a waiver of any of my client's rights and remedies, all of which are expressly reserved.*

Sincerely,

*[signature]*

Gregory F. Buhyoff

cc: DeAnn Flores Chase, Chase Hersman, LLP