# EXHIBIT E

*Law Offices*
# LAUSON & TARVER LLP

880 Apollo Street, Suite 301
El Segundo, California 90245 USA
Tel. (310) 726-0892
Fax (310) 726-0893
www.lauson.com

Procurement and Enforcement　　　　　　　　　　　　　　Patent, Trademark,
　of Intellectual Property　　　　　　　　　　　　　　Copyright and Related Causes

Nov. 7, 2014

Mr. Gregory F. Buhyoff, Esq.
HARRIS MOURE
600 Stewart Street, Suite 1200
Seattle, WA 98101

and via email: greg@harrismoure.com

Dear Mr. Buhyoff:

RE　　AARDWOLF Trademark in the U.S.
　　　(Our Ref.: 14-29775)

　　　We represent Aardwolf LLC (CA) and Nhon Hoa (Harry) Nguyen of Gardena, California in trademark litigation matters. Your letter dated Oct. 10, 2014 to Nancy Hersman was passed onto us for a response. Therein you assert AISMLLC is the owner of rights in the AARDWOLF mark in the U.S. Based thereon, you request that our client abandon its trademark applications, and you further threaten to sue our client for infringement if he used the mark in the U.S.

　　　Your position is unfounded. The owner of the mark in the U.S., as per the previous U.S. Registration No. 3,019,009, was Herdgraph Pty Ltd of Australia. Herdgraph (in liquidation) assigned its rights in the mark, including all common law rights, to our client. See attached Trademark Deed of Assignment. Since then Herdgraph has been playing a shell game of allowing its registrations to expire and/or reapplying with consent in the names of related companies or others in privity with it, in a misguided effort to maintain its trademark rights even after the assignment. This is occurring in Australia, Europe and now the U.S.

　　　Accordingly, as per its pending trademark applications, our client intends to commence use of the AARDWOLF mark in the U.S. To avoid confusion, your client will need to cease use of the marks in the U.S. Further, your client should expressly abandon its U.S. trademark applications. We request that you respond to us within the next three (3) business days, by Noon Weds. Nov. 12, to confirm your client will phase out use of the marks in the U.S. Absent a timely response, we will assume your client no longer objects to our client's use of the mark in the U.S. Nothing herein shall constitute a waiver of our client's rights in law or equity, all of which are expressly reserved.

Very truly yours,

Robert J. Lauson