# EXHIBIT F



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 20 03:20:50 EST 2014*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____ **Record 9 out of 10**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# AARDWOLF

| | |
|---|---|
| **Word Mark** | AARDWOLF |
| **Goods and Services** | (CANCELLED) IC 007. US 013 019 021 023 031 034 035. G & S: Lifting apparatus for use in the stone and construction industry, namely, power-operated clamping lifters; Power-operated crane attachments, namely, grapples and grabs for lifting slabs and stone, spreader bars for slings for use with cranes for spreading the lifting force on a load, and fork-lift booms for use in converting fork-lift trucks to cranes; Powered site saws for cutting stone, concrete and brick; Power mixers for cement, grouting, mortar, gypsum-based plaster and plasterer's mud; and Power-operated finishing machines in the nature of belt-sanders, grinders and polishers<br><br>(CANCELLED) IC 012. US 019 021 023 031 035 044. G & S: Wheeled dollies, trolleys and handcarts for transporting construction materials; and Wheeled transport frames adapted to carry stacked slabs of material |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76530214 |
| **Filing Date** | July 7, 2003 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | September 6, 2005 |
| **Registration Number** | 3019009 |
| **Registration Date** | November 29, 2005 |
| **Owner** | (REGISTRANT) Herdgraph Pty Ltd CORPORATION AUSTRALIA 13 Leatherwood Crescent Baulkham Hills NSW AUSTRALIA |

| | |
|---|---|
| **Attorney of Record** | Thomas H. Ham |
| **Priority Date** | February 26, 2003 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | September 21, 2012 |

| .HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY