# EXHIBIT G

Case 2:14-cv-09556-GW-JEM   Document 1-7   Filed 12/12/14   Page 2 of 4   Page ID #:43



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 20 03:20:50 EST 2014*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:　　　OR　[Jump] to record:　　　**Record 4 out of 10**

[TSDR] [ASSIGN Status] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**

![AARDWOLF logo]

| | |
|---|---|
| **Word Mark** | AARDWOLF |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: equipment for lifting and supporting stone, stone slabs, pipes and other materials in the construction and stone industry, namely, forklift booms, fabrication tables, slab racks, work tables, stone carrying clamps, lifters, scissor lifters. FIRST USE: 20071106. FIRST USE IN COMMERCE: 20071106<br><br>IC 012. US 019 021 023 031 035 044. G & S: equipment for moving stone, stone slabs, pipes and other materials in the construction and stone industry, namely, slab trolleys, self-locking trolleys. FIRST USE: 20071113. FIRST USE IN COMMERCE: 20071113<br><br>IC 025. US 022 039. G & S: work aprons made of polyvinylchloride, work sleeves made of polyvinylchloride. FIRST USE: 20110329. FIRST USE IN COMMERCE: 20110329 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.09 - Coyotes; Hyenas; Jackals; Wolves<br>03.01.16 - Heads of cats, dogs, wolves, foxes, bears, lions, tigers<br>26.11.02 - Plain single line rectangles; Rectangles (single line)<br>27.03.03 - Animals forming letters or numerals |
| **Serial Number** | 86409533 |
| **Filing Date** | September 29, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |

| | |
|---|---|
| **Owner** | (APPLICANT) Aardwolf Industries Sole Member Limited Liability Company LIMITED LIABILITY COMPANY VIETNAM KP.1B, An Phu Ward, Thuan An District Binh Duong Province VIETNAM |
| **Attorney of Record** | Gregory F. Buhyoff |
| **Description of Mark** | The color(s) black, white, red is/are claimed as a feature of the mark. The mark consists of a red rectangle having rounded corners within which the word "AARDWOLF" appears against a white interior background. Said "AARDWOLF" consists of two stylized "A" letters in black, with the letters "RD" and "OLF" also in black, and the "W" supplied by the design of an aardwolf's head in red, with the nose extending outside the red rectangle at the bottom. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 20 03:20:50 EST 2014*

Please logout when you are done to release system resources allocated for you.

List At:    OR   to record:    **Record 3 out of 10**

( Use the "Back" button of the Internet Browser to return to TESS)

# AARDWOLF

| | |
|---|---|
| **Word Mark** | AARDWOLF |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: equipment for lifting and supporting stone, stone slabs, pipes and other materials in the construction and stone industry, namely, lifters, remote control lifters. FIRST USE: 20080123. FIRST USE IN COMMERCE: 20080123 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86409700 |
| **Filing Date** | September 30, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Aardwolf Industries Sole Member Limited Liability Company LIMITED LIABILITY COMPANY VIETNAM KP.1B, An Phu Ward, Thuan An District Binh Duong Province VIETNAM |
| **Attorney of Record** | Gregory F. Buhyoff |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |