# EXHIBIT H



HOME    WISH LIST (0)    MY ACCOUNT

**SPECIALS**

Home » About Us

## About Us



Australia is an Australian based company supplying quality and cost effective equipment to the stone and construction industries

Our main manufacturing centre is Aardwolf Industries LLC, located in Binh Duong Province in Vietnam. Aardwolf Industries LLC is equipped with state of the art manufacturing machines including CNC lathes, milling machines, die casting machines, robotic welders, and plasma cutters among other machines.

The first items produced by Aardwolf were a range of lifters (properly called 'Aardwolf lifters') and are based on the patented invention of James Corbett. These compact slab-lifting clamps, with their rubber lined jaws, have a number of advantages over the more traditional slab lifting clamps

Aardwolf's latest additions to their product range is their variety of vacuum lifters, designed to lift smooth or rough stone. Features rugged construction with the added ability to lift and then tilt the stone. Powered by either air or electricity. For a more detailed run down, please visit the vacuum lifter page.

**Aardwolf Lifter 30**

Details

Aardwolf's product line continues to grow so that Aardwolf has become a major manufacture of tools and material handling equipment, not only for the stone industry, but also for industry in general. In addition to its machines, Aardwolf also produces a comprehensive range of practical and cost-effective work wear and personal safety equipment.

If you're thinking of making a purchase you may want to see our sales policy for any order, delivery, sales & warranty information

Continue

| Information | Customer Service | Extras | |
|---|---|---|---|
| About Us | Contact Us | Brands | |
| Delivery Information | Returns | Gift Vouchers | |
| Sales Policy | Site Map | Affiliates | |
| Terms & Conditions | | Specials | Aardwolf Australia © 2014 |
| | | FAQ | |

Posted on June 16, 2014 by aardwolfco

Aardwolf was founded to produce a line of slab lifting clamps and material handling equipment for the stone Industry. Aardwolf distributes its products through distributors in Europe, USA, Japan, Canada, England, India, Australia & New Zealand. The director, James Corbett, patented a lifting device in 1995, which has now developed into a range of lifting clamps sold under the brand name Aardwolf. The Aardwolf lifting clamps are the preferred and most widely used lifting clamps in the stone industry in the USA, Canada, Australia, New Zealand, Europe and India.

Aardwolf's product line has grown and continues to grow so that Aardwolf has become a major manufacturer of vacuum lifting equipment and material handling equipment, not only for the stone industry but also for steel and industry in general.

Other items manufactured by Aardwolf in Vietnam can be viewed at web page at http://www.aardwolf.com.au/

We hope that the enclosed information is of value to you and if you require any further information on Aardwolf's products than please do not hesitate to contact us.

Aardwolf LLC
Hamlet 1B, An Phu Ward, Thuan An District, Binh Duong Province, VietNam
PHONE: +84 650 3712840
WEB: http://www.aardwolf.com.au
EMAIL: sales@aardwolf.com.au



About these ads



**About Aardwolf**

Page Info

PAGE INFO

| | |
|---|---|
| Address | Duong An Phu 23, Khu Pho 1B, Phuong An Phu Thi Xa Thuan An, Tinh Binh Duong |
| Short Description | The Aardwolf "Equipment suppliers to the Stone, Glass, Steel and Construction Industry" |
| Long Description | Aardwolf was founded to produce a line of slab lifting clamps and material handling equipment for the stone Industry. Aardwo... See More |
| Phone | +84 650 3712840 |
| Email | thanh.bui@aardwolf.com.vn |
| Website | http://www.aardwolf.com.au/ |

Mobile  Find Friends  Badges  People  Pages  Places  Games  Locations  About
Create Ad  Create Page  Developers  Careers  Privacy  Cookies  Terms  Help

Facebook © 2014
English (US)



# Taiwan Braiding Machine

Hsiang Chuan-Taiwan Manufacture of Tube/Cord/Wire Braiding Machine,etc

## THE AARDWOLF LLC

### HO CHI MINH

| View Catalog | View Trade Leads | Add to favorite | Contact Member |

**Products / Services :**

Aardwolf is the pacesetter in the design and manufacture of masonry lifting devices for the stone industry. The director of Aardwolf Industries LLC, Mr James Corbett, invented, designed and patented the famous Aardwolf Lifters back in early 1995.

Today, these lifter are supplied in variations having the option of remote control and the option of safety chain. All Aardwolf lifting clamps are designed to do their particular job more efficiently and effectively than conventional lifting clamps. Aardwolf slab and block lifting devices are made to high standards of quality and are subjected to strict inspection and testing procedures prior to dispatch.

When you are using Aardwolf lifting clamps you are using the most modern lifters available.

**Company Profile :**

Aardwolf was founded to produce a line of slab lifting clamps and material handling equipment for the steel Industry. Aardwolf distributes its products through distributors in Europe, USA, Japan, Canada, England, India, Australia and New Zealand. The director, James Corbett, patented a lifting device in 1995, which has now developed into a range of lifting clamps sold under the brand name Aardwolf.

Aardwolf's product line has grown and continues to grow so that Aardwolf has become a major manufacturer of vacuum lifting equipment and material handling equipment, not only for the stone industry but also for steel and industry in general.

Aardwolf Industries LLC's modern manufacturing center is located in Binh Duong province, Vietnam and is equipped with state of the art manufacturing machines including CNC lathes, milling machines, die casting machines, robotic welders, and plasma cutters among other machines. We are confident to bring you the best quality of products, and the economic efficiency.

| | |
|---|---|
| Establishment Year | : 1995 |
| Firm Type | : Organization |
| Nature of Business | : Manufacturer |
| Level to Expand | : International |

**Contact Information :**

| | |
|---|---|
| Web-site | : www.aardwolf.com.au |
| Contact Person | : The Aardwolf |
| Designation | : |
| Phones (Office) | : +84 650 3712840 |
| Phones (Resi.) | : |
| Mobile | : |
| Fax | : +84 650 3712841 |
| Address | : Hamlet 1B, An Phu Ward, Thuan An District, Binh Duong Province, VietNam<br>PHONE: +84 650 3712840<br>WEB: www.aardwolf.com.au<br>EMAIL: sales@aardwolf.com.au<br>  HO CHI MINH - +84 650<br>  () Vietnam |

| View Catalog | View Trade Leads | Add to favorite | **Contact Member** |

## We Will Rent Your Roof

California Homeowners: We Pay Homeowners To Go Solar. Sign Up!

o o

| Login | Register Free |

| Home | Contact IndiaBizClub | About IndiaBizClub | Faqs | Privacy Policy | Terms & Conditions | Login | Register Free | Support |

2C00 - 2014 © Dreams Websolutions Pvt. Ltd. All rights reserved.