# EXHIBIT I

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001927372 / 2014-10-02

Application Title: Aardwolf Symbol Design.

Title:               Aardwolf Symbol Design.

Description:         Electronic.

Copyright Claimant:
                     Benjamen James Corbett, 1976-  .

Date of Creation: 2003

Date of Publication:
                     2003-06-29

Nation of First Publication:
                     Australia

Authorship on Application:
                     Benjamen James Corbett, 1976-  ;  Domicile: Australia;
                        Citizenship: Australia. Authorship: 2-D artwork.

Rights and Permissions:
                     Gregory F. Buhyoff, Harris & Moure, pllc, Suite 1200, 600
                        Stewart Street, Seattle, WA, 98101, United States, (206)
                        224-5657, (206) 224-5657, greg@harrismoure.com

Names:               Corbett, Benjamen James, 1976-
```