NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Robert J. Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo St. #301
El Segundo, CA 90245
(310)726-0892
(310)726-0893
bob@lauson.com

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARDWOLF LLC, a California limited liability company,<br><br>                                Plaintiff(s),<br>          v.<br>AARDWOLF INDUSTRIES SOLE MEMBER LLC, a Vietnam limited liability company, et al.<br><br>                                Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Plaintiff AARDWOLF LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AARDWOLF LLC | Plaintiff |
| AARDWOLF INDUSTRIES SOLE MEMBER LLC | Defendant |
| AARDWOLF AUSTRALIA PTY. LTD. | Defendant |
| HERDGRAPH PTY. LTD. | Defendant |
| BENJAMEN JAMES CORBETT | Defendant |
| Does 1-10, inclusive | Defendants |

DEC. 9, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Aardwolf LLC