1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| AARDWOLF LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>AARDWOLF INDUSTRIES SOLE<br>MEMBER LLC, ET AL.<br><br>                    Defendants. | Case No. 14-cv-09556-GW(JEMx)<br><br>**JUDGMENT AS TO CLAIMS<br>AGAINST BENJAMEN CORBETT** |

IT IS HEREBY ADJUDGED AND ORDERED that:

(1) Pursuant to the Court's Order of June 18, 2015, Docket No. 58, Plaintiff Aardwolf LLC's Claim of "Declaratory Judgment of Copyright Fair Use" against Defendant Benjamen Corbett (Count 4 of Plaintiff's Complaint, Docket No. 1) was dismissed with prejudice, and Plaintiff's Claim of "Declaratory Judgment of Waiver" against Defendant Benjamen Corbett (Count 5 of Plaintiff's Complaint, Docket No. 1) was dismissed without prejudice.

1        (2) Pursuant to the Court's Final Rulings on Defendant Benjamen James

2    Corbett's Motion for Summary Judgment, Docket No. 83, it is hereby

3    ADJUDGED that Benjamen Corbett's Copyright Registration, VA0001927372,

4    entitled "Aardwolf Symbol Design," contains the minimum modicum of originality

5    deserving copyright protection.

6        (3) Defendant Benjamen Corbett shall file any motion for costs or fees

7    within ten days of the entry of this order.

8        IT IS SO ORDERED.

9

10   Dated: This 24ᵀᴴ day of September, 2015.

11

12

13                              George H. Wu
                                United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24