Robert J. Lauson, Esq. (SBN 175486)
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax: (310) 726-0893
Email: bob@lauson.com

Jon A. Pfeiffer, Esq. (SBN 118601)
PFEIFFER FITZGIBBON & ZIONTZ LLP
233 Wilshire Blvd., Suite 220
Santa Monica, CA 90401
Phone: (310) 451-5800
Fax: (310) 451-1559
Email: pfeiffer@feifferlaw.com

Attorneys for Plaintiff
AARDWOLF LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| **AARDWOLF LLC, a California limited liability company,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AARDWOLF INDUSTRIES SOLE MEMBER LLC, a Vietnam limited liability company; AARDWOLF AUSTRALIA PTY. LTD., an Australian company; HERDGRAPH PTY. LTD., an Australian company; BENJAMEN JAMES CORBETT, an individual; and DOES 1 through 10, inclusive,**<br><br>**Defendants** | **CASE NO.:14-cv-09556-GW(JEMx)**<br><br>**Plaintiff's Opposition To The Motion For Order That Defendants Need Not Attend Mediation In Person**<br><br>Date: Thursday, Nov 10, 2015<br>Time: 10:00 AM<br><br>**Honorable John E. McDermott** |

1  Plaintiff opposes the motion that Defendants' representative with final
2  decision making authority, presumably James Corbett, be excused from in person
3  attendance at the mediation. Plaintiff believes that personal attendance will be
4  VERY important, given the difficult relationship which exists between the parties
5  based on previous business dealings (they were business partners) and multiple
6  litigations (several lawsuits in the past and present). Upon information and belief,
7  James Corbett is in good health and regularly travels international for business, in
8  particular between Vietnam and Australia, about 4500 miles. Plaintiff believes the
9  mediation will likely be successful and settle the case if James Corbett appears in
10 person and he and his attorney cooperate with the process. Plaintiff believes Mark
11 Corbett who lives in Australia may not be needed in person so long as he is
12 available by phone.

13  Defendants' attorney's statements from the recent status conference with the
14 district judge indicates Defendants want an offer to their liking before mediation
15 commences. See, TR of Proceedings, Oct. 15, 2015, pages 4-5 (Lauson Decl., Ex.
16 A). Judge Wu explained it doesn't work that way. *Id.* Despite attorney Menhart
17 telling Judge Wu "I love mediation" (page 3, line 21), he previously sent Plaintiff's
18 attorneys emails indicating he has poor results at mediations. *Id.,* Ex. B.

19  In addition to opposing the motion as lacking in merit, Plaintiff also opposes
20 it procedurally as not in accordance with local rules 7 or 37. When Defendants'
21 motion to quash was recently DENIED, Your Honor informed Defendants' attorney
22 of the need to follow the local rules. Doc. 94, filed 9/30/15 (Lauson Decl., Ex. C).

23

24 DATED: October 23, 2015                    Respectfully Submitted,
25                                            LAUSON & TARVER LLP
26                                            By: /s/ robert lauson
27                                            Robert J. Lauson, Esq.
                                              Attorney for Plaintiff
28                                            AARDWOLF LLC

- 2 -