## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 14-09556 GW (JEMx) | Date | October 27, 2015 |
|----------|------------------------|------|------------------|
| Title | Aardwolf LLC v. Aardwolf Industries Sole Member LLC, et al. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|------------------------|-------------------------------------------------------|

| S. Anthony | |
|------------|--|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**     **(IN CHAMBERS) ORDER RE DEFENDANTS' MOTION FOR AN ORDER REGARDING DEFENDANTS' PRESENCE AT MEDIATION (Docket No. 105)**

Defendants' Motion for an Order Regarding Defendants' Presence At Mediation ("Motion") is DENIED. Defendants' Motion did not comply with Local Rules and in any event the Court previously indicated to Defendants by email that at least one of the defendants would have to appear at the mediation in person, along with counsel. Additionally, District Judge Wu has said this case must be mediated. The only way a mediated solution can occur is if the principals on both sides are present. There will be no preconditions to the mediation and the Court will not excuse Defendants from appearing because of their belief that the case will not settle. The Court expects both sides to make a good faith effort to settle the case. If the parties fail to do so, the Court will so advise Judge Wu.

Defendants shall select a date or dates for mediation on or before **December 3, 2015**, when at least one of the defendants must appear in person. Defendants shall select these dates by **Friday, October 30, 2015**. November 10 and 12 are not available dates. All other dates are open. Plaintiff shall select one of the proposed dates promptly.

cc: Parties

| | : | |
|--|---|--|
| Initials of Preparer | | sa |