JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARDWOLF, LLC, | ) | CASE NO. CV 14-9556-GW(JEMx) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| AARDWOLF INDUSTRIES SOLE | ) | |
| MEMBER LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    This action came on for hearing before the Court on April 14, May 2 and June 13, 2016, on the parties' Motions for Summary Judgment/Partial Summary Judgment. The Court having reviewed the motions and concomitant evidence and having considered the arguments of counsel; and the issues having been duly heard and Defendant Aardwolf Industries Sole Member LLC's ("Aardwolf Vietnam") Motion for Summary Judgment having been duly granted (*see* Docket Nos. 194, 204 and 214) –

    IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits as to Aardwolf Vietnam and that said defendant recover its costs as delineated in this Court's June 21, 2016 Order.

DATED: This 21st Day of June, 2016.

_____
GEORGE H. WU
United States District Judge